Asahel Phillips et al., appellees, v. Earl Walters, administrator of the estate of Emma Burtis, deceased, appellant.

Petition for citation of administrator to account for chattels claimed to belong to estate of a deceased, and reduce same to possession. Finding for defendant and petition dismissed. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1922. Appeal dismissed. Opinion filed January 17, 1923.

Harvey H. Atherton and Glenn Ratcliff, for appellant.    B. O. Willard, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

Howard Vaughn, appellee, v. St. Louis, Springfield & Peoria Railroad, appellant.

Action on the case to recover damages to truck in collision with train. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

Burton & Hamilton and Miller & Miller, for appellant.    Harold F. Trapp, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Daniel Rich et al., appellants, v. Community High School Board of Education of Deer Creek Community High School District No. 310, Counties of Tazewell and Woodford et al., appellees.

Suit by taxpayers to enjoin alleged illegal contracts for erection of high school building. Judgment for defendants. Appeal from the Circuit Court of Tazewell county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

Kirk & Shurtleff, for appellants. Prettyman, Velde & Prettyman, for appellees John E. Zimmer and Lampitt & Son. Smith & Smith and William A. Potts, for appellee Community High School Board of Education.

Mr. Justice Heard delivered the opinion of the court.

---

Cortland M. Grantham, appellant, v. Smith Gwinn and Will McKenzie, appellees.

Suit in replevin. Judgment for defendants. Appeal from the Circuit Court of Coles county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

Bryan H. Tivnen, for appellant; Thomas R. Figenbaum, of counsel. R. G. Hammond and Charles Wallace, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

J. B. Colt Company, appellant, v. John F. Metzger, appellee.

Assumpsit for contract purchase price of acetylene lighting plant. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 17, 1923.

L. T. Graham, for appellant. Williams & Williams, for appellee.

Mr. Justice Heard delivered the opinion of the court.